

# EMPLOYEE COUNSELING FORM

COPY
8-5-13 Sent to HR, Employee
DATE Chain of Command &
Posted

| Employee Name | Job Title | Department |
|---|---|---|
| Billy Stair | Patrol Officer | Police |

On 072313 at approximately 1720 in incident #13-05899 you responded to a report of an assault in progress at Vaughn Tire. During the course of your on scene actions and arrest of Charles Jackson you deployed your department issued TASER to effect the arrest of Jackson.

In conducting a review of this incident I evaluated your use of force (TASER) for compliance with department policy and existing U.S. Supreme Court rulings on the use of force.

In this incident the initial deployment and third application of the TASER was justified based upon the actions of Jackson. However, the second application of the TASER was not justified because (1) no instructional verbal commands were issued to Jackson, (2) Jackson displayed no actions that could be construed by a reasonable officer as assaultive or attempting to disable the TASER leads prior to the second cycle, and (3) Jackson was given insufficient time to demonstrate compliance or non-compliance.

I find that these circumstances resulted in a violation of the above stated portion of policy 9-4 policy statement which reads in part: *Officers may use only that level of force necessary and legally justified in the performance of their duties.* I also find that the second application of the TASER violated the use of force standard established by the U.S. Supreme Court in *Graham v. Connor* (490 US 386, 1989). I do not find that there was malicious intent on your part.

**SUMMARY:**

NOTE: Failure to improve in the areas discussed above will result in further discipline up to and including termination.
Describe the disciplinary action to be taken: *(Use a separate sheet if necessary)*

- ✓ Include whether the employee has had previous disciplinary problems (list date & describe problem).
- ✓ Include what the employee is to do to correct the problem.
- ✓ Include what the Supervisor is to do to correct the problem.
- ✓ Include the period of time during which the employee is evaluated.
- ✓ Explain if the action recommended is a warning for the employee's file, discipline pending management review, or immediate termination.

You have had one prior misconduct (counseling) on 022113 for tardiness. Otherwise you have demonstrated excellent performance during your time as an officer. Taking that and your relative inexperience into consideration, I am forwarding this as a **Written Warning** to be placed in your personnel file.
In addition, you will be given remedial training on the use of force.

| Supervisor Signature | Date | Employee Signature or Witness Signature | Date |
|---|---|---|---|
| [signature] | 7-28-13 | [signature] #388  B. Stair #388 | 7-28-13 |
| Human Resources Director Signature | | Date | |
| [signature] | | 8/2/13 | Written Warning SR |

***PLEASE SEND ORIGINAL TO HUMAN RESOURCES***

Ex. 1