**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHARLES JACKSON <br>             PLAINTIFF <br> <br> V. <br> <br> BILLY D. STAIR, III, ET AL. <br>             DEFENDANTS | CASE NO. 4:16CV00533 SWW |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2018.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE