# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| CHARLES JACKSON | * |
|     PLAINTIFF | * |
| V. | *    CASE NO. 4:16-cv-00533 SWW |
| | * |
| BILLY D. STAIR, III | * |
|     DEFENDANT | * |

## JUDGMENT

On June 21-22, 2021, this action was tried before the Court and a jury. The issues having been duly tried, and after deliberating thereon, the jury returned its verdict on June 22, 2021 in favor of the remaining defendant, Billy D. Stair, III.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Charles Jackson, take nothing on his complaint, and this action is DISMISSED with prejudice.

IT IS SO ORDERED, this 22nd day of June, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE